IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| KENNETH PATTERSON, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) |
| ROBINSON DRILLING OF TEXAS, LTD., | ) ) |
| Defendant. | ) Civil Action No. 1:15-CV-121-C-BL |

## ORDER

In the Report and Recommendation filed April 17, 2017, the United States Magistrate Judge recommended that the Court grant Defendant's Motion for Summary Judgment filed August 30, 2016, and dismiss the claims asserted against Defendant. No objections were filed.

After reviewing the Report and Recommendation, the Court finds that the findings and conclusions of the Magistrate Judge are correct and **ADOPTS** them as the findings and conclusions of the Court. Accordingly, Defendant Robinson Drilling of Texas, Ltd's Motion for Summary Judgment is **GRANTED**. Plaintiff's claims against Defendant are **DISMISSED** with prejudice.

SO ORDERED.

Dated this 25th day of May, 2017.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE